## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS
## BOSTON DIVISION

-------------------------------------------------------------------X

ALAN JOSEPH BAUER, Ph.D., *et al.*,

                            Plaintiffs,

                      -against-

PRESIDENT AND FELLOWS OF HARVARD
COLLEGE (HARVARD CORPORATION), *et al.*

                         Defendants.

Case No: 24-cv-10404

-------------------------------------------------------------------X

## PLAINTIFF'S MOTION FOR PRO HAC VICE ADMISSISON OF ROBERT J. TOLCHIN, ESQ.

Pursuant to Local Rule 83.5.3, the undersigned hereby moves the admission *pro hac vice* of Robert J. Tolchin, Esq., a member of the Bars of the States of New York and New Jersey. The undersigned is a member of the Bar of this Court, and is counsel of record for the plaintiff herein. The certificate required by Rule 83.5.3 is submitted herewith.

Dated:   Brooklyn, New York
           February 20, 2024

                         Yours,

                         THE BERKMAN LAW OFFICE, LLC
                         *Attorneys for Plaintiffs*

                         by:     /S/ Marna Berkman
                              Marna Berkman

                         829 East 15th Street, Box 7
                         Brooklyn, New York 11230
                         718-855-3627

## **CERTIFICATE OF SERVICE**

I hereby certify that this Motion filed through the ECF system is expected to be sent electronically to the registered participants as identified on the court's docket.

/S/Marna Berkman

Marna Berkman