**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**BOSTON DIVISION**

--------------------------------------------------------------------X

ALAN JOSEPH BAUER, Ph.D., *et al.*,

                        Plaintiffs,

              -against-

PRESIDENT AND FELLOWS OF HARVARD
COLLEGE (HARVARD CORPORATION), *et al.*

                      Defendants.

Case No: 24-cv-10404

--------------------------------------------------------------------X

**DECLARATION IN SUPPORT OF MOTION**
**FOR PRO HAC VICE ADMISSION**

**ROBERT J. TOLCHIN**, pursuant to 28 U.S.C. § 1746, declares the following to be true, subject to the penalties for perjury:

1.      I am an attorney licensed to practice law in the State of New York and the State of New Jersey, having been admitted to the Bar in New Jersey in 1992 and in New York in 1993. I am counsel to The Berkman Law Office, LLC, attorneys for Plaintiff herein. I am making this declaration in support of the within motion to admit me to practice before this Court in this case *pro hac vice.*

2.      I am a member of the Bar of the United States District Courts for the Southern, Eastern, and Northern Districts of New York, the District of New Jersey, the District of the District of Columbia and the Northern District of Illinois, as well as the United States Courts of Appeals for the Second and Third and District of Columbia Circuits, and the United States Supreme Court. I am also licensed to practice before the highest courts of the States of New York and New Jersey.

3.      I am a member of the Bar in good standing in every jurisdiction where I have been admitted to practice.

4.      There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5.      I have never had a *pro hac vice* admission to this court, or any other admission for a limited purpose, revoked for misconduct.

6.      I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.


Dated:   Brooklyn, New York
         February 20, 2024

_____
Robert J. Tolchin

2