UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**ALAN JOSEPH BAUER, Ph.D., et al.,**
    **Plaintiffs,**

v.                                            Civil Action No. 1:24-cv-10404-___

**PRESIDENT AND FELLOWS OF HARVARD**
**COLLEGE (HARVARD CORPORATION), et al.,**
    **Defendants.**

### ORDER OF RECUSAL
February 28, 2024

**TALWANI, D.J.**

Pursuant to 28 U.S.C. § 455(b)(4), I recuse myself from participation in this matter and direct the clerk forthwith to reassign the case randomly to another District Judge.

**IT IS SO ORDERED.**                   /s/ Indira Talwani
                                                     **UNITED STATES DISTRICT JUDGE**