APRIL 5, 2024

### BAUER, ET AL. V. PRESIDENT AND FELLOWS OF HARVARD COLLEGE, ET AL.
### CIVIL ACTION NO. 1:24-CV-10404-JEK
# AFFIDAVIT OF SERVICE

*I this day SERVED the within named*   PRESIDENT AND FELLOWS OF HARVARD COLLEGE
(HARVARD CORPORATION)

*t*   4/5/2024 @10:10AM- IN HAND TO OFFICER WILMON CHIPMAN(BROWN MALE, 6', 180LBS, BROWN HAIR, 35YO). SERVED BY JOHN RYMASZEWSKI-PROCESS SERVER

*No.* 1033 MASSACHUSETTS AVENUE, 6TH FL
*in the city/town of* CAMBRIDGE, MA, *an attested copy of the SUMMONS AND COMPLAINT*

John Rymaszewski
Process Server/