APRIL 5, 2024

**BAUER, ET AL. V. PRESIDENT AND FELLOWS OF HARVARD COLLEGE, ET AL.
CIVIL ACTION NO. 1:24-CV-10404-JEK**
## AFFIDAVIT OF SERVICE

*I this day SERVED the within named*     THE HONORABLE AND REVEREND THE BOARD
OF OVERSEERS

4/5/2024 @10:10AM- IN HAND TO OFFICER WILMON CHIPMAN(BROWN MALE, 6', 180LBS, BROWN HAIR, 35YO). SERVED BY JOHN RYMASZEWSKI-PROCESS SERVER

*No.* 1033 MASSACHUSETTS AVENUE, 6TH FL
*in the city/town of* CAMBRIDGE, MA, *an attested copy of the SUMMONS & COMPLAINT*

[Notary seal: DAVID AYLES, NOTARY PUBLIC, COMMONWEALTH OF MASSACHUSETTS, MY COMMISSION EXPIRES NOVEMBER 20, 2026]

John Rymaszewski
_____
Process Server/