UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALAN JOSEPH BAUER; DOUGLAS S. RABIN; VIVIAN STEIR RABIN; RODDY TEEPLE; ANDREW NEFF; NANCY NEFF; RICHARD SANDERS POLIN; TAMMIE PUROW; MIMI JANKOVITS; and DAVID GENET,<br><br>        Plaintiffs,<br><br>                v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION) and THE HONORABLE AND REVEREND THE BOARD OF OVERSEERS,<br><br>        Defendants. | Civil Action No. 1:24-cv-10404-GAO |

## NOTICE OF APPEARANCE

Please enter my appearance for the Defendants in the above-captioned action.[1]

                                                   Respectfully submitted,

                                                   PRESIDENT AND FELLOWS OF
                                                   HARVARD COLLEGE and THE
                                                   HONORABLE AND REVEREND THE
                                                   BOARD OVERSEERS

                                                 By their attorneys,

                                               /s/ *Victoria L. Steinberg*
                                               Victoria L. Steinberg (BBO #666482)
                                               vsteinberg@clohertysteinberg.com
                                               CLOHERTY & STEINBERG LLP
                                               One Financial Center, Suite 1120
                                               Boston, MA 02111
Dated: April 22, 2024                      (617) 481-0160

---

[1] Plaintiffs' Complaint incorrectly identifies the Harvard entities as "President and Fellows of Harvard College (Harvard Corporation) and The Honorable and Reverend the Board of Overseers." President and Fellows of Harvard College is the legal entity that comprises the various named defendants and is the only proper party to this litigation. All other named Harvard entities, including the Board of Overseers, should be dismissed from this proceeding.

**CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through the CM/ECF system, will be sent electronically to the registered participants, as identified on the Notice of Electronic Filing, and that paper copies will be sent to those indicated as non-registered participants on April 22, 2024.

                                             /s/ *Victoria L. Steinberg*
                                             Victoria L. Steinberg