UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALAN JOSEPH BAUER; DOUGLAS S. RABIN; VIVIAN STEIR RABIN; RODDY TEEPLE; ANDREW NEFF; NANCY NEFF; RICHARD SANDERS POLIN; TAMMIE PUROW; MIMI JANKOVITS; and DAVID GENET,<br><br>Plaintiffs,<br><br>v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION) and THE HONORABLE AND REVEREND THE BOARD OF OVERSEERS,<br><br>Defendants. | Civil Action No. 1:24-cv-10404-GAO |

## NOTICE OF APPEARANCE

Please enter my appearance for the Defendants in the above-captioned action.[1]

Respectfully submitted,

PRESIDENT AND FELLOWS OF HARVARD COLLEGE and THE HONORABLE AND REVEREND THE BOARD OVERSEERS

By their attorneys,

/s/ *Alexandra Arnold*
Alexandra Arnold (BBO #706208)
aarnold@clohertysteinberg.com
CLOHERTY & STEINBERG LLP
One Financial Center, Suite 1120
Boston, MA 02111
(617) 481-0160

Dated: April 22, 2024

---

[1] Plaintiffs' Complaint incorrectly identifies the Harvard entities as "President and Fellows of Harvard College (Harvard Corporation) and The Honorable and Reverend the Board of Overseers." President and Fellows of Harvard College is the legal entity that comprises the various named defendants and is the only proper party to this litigation. All other named Harvard entities, including the Board of Overseers, should be dismissed from this proceeding.

**CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through the CM/ECF system, will be sent electronically to the registered participants, as identified on the Notice of Electronic Filing, and that paper copies will be sent to those indicated as non-registered participants on April 22, 2024.

                                        /s/ *Alexandra Arnold*
                                        Alexandra Arnold