UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALAN JOSEPH BAUER; DOUGLAS S. RABIN; VIVIAN STEIR RABIN; RODDY TEEPLE; ANDREW NEFF; NANCY NEFF; RICHARD SANDERS POLIN; TAMMIE PUROW; MIMI JANKOVITS; and DAVID GENET,<br><br>Plaintiffs,<br><br>v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION) and THE HONORABLE AND REVEREND THE BOARD OF OVERSEERS,<br><br>Defendants. | Civil Action No. 1:24-cv-10404-GAO |

**DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

Pursuant to Rules 12(b)(6) and 12(b)(1) of the Federal Rules of Civil Procedure, Defendant President and Fellows of Harvard College ("Harvard")[1] respectfully moves this Court for an order dismissing the Plaintiffs' Complaint in this action with prejudice. The grounds for this Motion are set forth in the accompanying Memorandum of Law.

As explained more fully in the Memorandum of Law, Plaintiffs— a collection of Harvard alumni who graduated between the early 1970s and the mid-1990s—have failed to state a claim for relief under either of the contract-based theories that they attempt to advance in this case. Plaintiffs' status as Harvard alumni also falls well short of what is required to establish standing to pursue their claims against Harvard.

---

[1] The Board of Overseers is not a proper defendant in this action, because it is not a corporate entity independent of President and Fellows of Harvard College.

For these reasons, as well as those set forth in the accompanying Memorandum of Law, Harvard respectfully requests that this Court issue an order dismissing Plaintiffs' Complaint in this action with prejudice.

Respectfully submitted,

PRESIDENT AND FELLOWS OF
HARVARD COLLEGE

By its attorneys,

/s/ *Daniel J. Cloherty*
Daniel J. Cloherty (BBO #565772)
dcloherty@clohertysteinberg.com
Victoria L. Steinberg (BBO #666482)
vsteinberg@clohertysteinberg.com
Alexandra Arnold (BBO #706208)
aarnold@clohertysteinberg.com
CLOHERTY & STEINBERG LLP
One Financial Center, Suite 1120
Boston, MA 02111
617-481-0160

Dated: May 13, 2024

## REQUEST FOR HEARING

Pursuant to Local Rule 7.1(d), Harvard respectfully requests oral argument on this Motion on the grounds that such oral argument may assist the Court in its consideration of the issues presented in this Motion.

/s/ *Daniel J. Cloherty*
Daniel J. Cloherty

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I hereby certify that on May 8, 2024, I conferred by telephone with counsel for Plaintiffs in an attempt to narrow or resolve the issues raised in this Motion. Plaintiffs do not assent to the relief sought herein.

/s/ *Daniel J. Cloherty*
Daniel J. Cloherty

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 13, 2024, this document was filed through the ECF system and will be sent electronically to the registered participants, as identified on the Notice of Electronic Filing.

                                        /s/ *Daniel J. Cloherty*
                                        Daniel J. Cloherty