UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALAN JOSEPH BAUER; DOUGLAS S. RABIN; VIVIAN STEIR RABIN; RODDY TEEPLE; ANDREW NEFF; NANCY NEFF; RICHARD SANDERS POLIN; TAMMIE PUROW; MIMI JANKOVITS; and DAVID GENET,<br><br>Plaintiffs,<br><br>v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION) and THE HONORABLE AND REVEREND THE BOARD OF OVERSEERS,<br><br>Defendants. | Civil Action No. 1:24-cv-10404-GAO |

**ASSENTED-TO MOTION FOR LEAVE TO FILE**
**BRIEF IN EXCESS OF TWENTY PAGES**

Pursuant to Local Rule 7.1(b)(4), Defendant President and Fellows of Harvard College ("Harvard")[1] respectfully moves for leave to file a twenty-five-page memorandum of law in support of its forthcoming Motion to Dismiss the Amended Complaint. As grounds for this motion, Harvard states that the five additional pages are necessary to respond fully to the legal issues raised by Plaintiffs' Amended Complaint (Doc No. 23), which is thirty-eight pages long, contains 130 numbered paragraphs, and asserts six claims sounding in contract, quasi-contract, and tort, many of which are based on two different theories of liability. Harvard states further that the Amended Complaint presents several threshold issues and that the additional pages of briefing will assist the Court in its thorough consideration of Harvard's Motion to Dismiss the

---

[1] The Board of Overseers is not a proper defendant in this action, because it is not a corporate entity independent of President and Fellows of Harvard College.

Amended Complaint. Counsel for Plaintiffs assents to this motion, and Harvard has agreed to extend the same courtesy to Plaintiffs should they require additional pages for their brief in opposition to Harvard's Motion to Dismiss the Amended Complaint.

For these reasons, Harvard respectfully requests that this Court grant it leave to file a brief in support of its Motion to Dismiss the Amended Complaint in excess of twenty pages and not to exceed twenty-five pages.

PRESIDENT AND FELLOWS OF
HARVARD COLLEGE

By its attorneys,

/s/ *Alexandra Arnold*
Alexandra Arnold (BBO #706208)
aarnold@clohertysteinberg.com
Daniel J. Cloherty (BBO #565772)
dcloherty@clohertysteinberg.com
Victoria L. Steinberg (BBO #666482)
vsteinberg@clohertysteinberg.com
CLOHERTY & STEINBERG LLP
One Financial Center, Suite 1120
Boston, MA 02111
617-481-0160

Dated: July 11, 2024

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that, in accordance with Local Rule 7.1(a)(2), counsel for Harvard conferred with counsel for Plaintiffs and that counsel for Plaintiffs assents to the relief requested in this motion.

/s/ *Alexandra Arnold*
Alexandra Arnold

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2024, this document was filed through the ECF system and will be sent electronically to the registered participants, as identified on the Notice of Electronic Filing.

/s/ *Alexandra Arnold*
Alexandra Arnold