# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**Alan Joseph Bauer, et al**
        Plaintiff

    V.

CIVIL ACTION

NO. 1:24-10404-GAO

**President and Fellows of Harvard College (Harvard Corporation), et al.**

        Defendant

## ORDER OF DISMISSAL

O'TOOLE, D. J.

In accordance with the Court's ELECTRONIC ORDER (Dkt. No. 38) dated February 25, 2025, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

        By the Court,

2/25/2025          /s/ Flaviana de Oliveira
Date          Deputy Clerk